## MOUNTAIN FED. LAND BANK v. FIRST UNION NAT. BANK

No. 183P90

Case below: 98 N.C. App. 195

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 26 July 1990.

## NICHOLS v. LAKE TOXAWAY CO.

No. 227P90

Case below: 98 N.C. App. 313

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 26 July 1990.

## POTTER v. HOMESTEAD PRESERVATION ASSN.

No. 146A90

Case below: 97 N.C. App. 454

Petition by defendants for writ of supersedeas allowed 26 July 1990. Petition by defendants for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues denied 26 July 1990.

## PRUITT v. PITT COUNTY SCHOOLS

No. 243P90

Case below: 98 N.C. App. 515

Petition by defendant (State Board of Education) for discretionary review pursuant to G.S. 7A-31 denied 26 July 1990.

## SIKES v. SIKES

No. 282A90

Case below: 98 N.C. App. 610

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed as to attorney's fee issue, otherwise denied 26 July 1990.